**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:    415/981-9788
Facsimile:    415/981-9798
Email:        RogersRMR@yahoo.com

Attorneys for Plaintiff
**LEONARD VISHNEVSKY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD VISHNEVSKY,<br><br>                 Plaintiff,<br><br>        v.<br><br>SMULE, INC.,<br><br>                 Defendant. | Case No.:<br><br>**COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

Comes now Plaintiff LEONARD VISHNEVSKY and alleges:

## JURISDICTION

1.    This Court has jurisdiction over Plaintiff's race discrimination claim (42 USC §2000e) and age discrimination claim (29 USC §§621-634).  28 USC §1331.  The Court has supplemental jurisdiction over related state claims. (28 USC §1367)

## VENUE

2.    Venue is proper because Plaintiff was employed in San Francisco, California. 42 USC §2000e-5(f)(3).

//

//

COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES; DEMAND FOR JURY TRIAL

VISHNEVSKY/
/COMPLAIN.DOC

# CHARGING ALLEGATIONS

3.    Plaintiff LEONARD VISHNEVSKY was hired by Defendant SMULE, INC., as Mangaer of Product Analytics on or about November 30, 2016.

4.    Plaintiff is a Caucasian male born in 1969.

5.    Plaintiff performed his job duties satisfactorily and competently at all pertinent times.

6.    Defendant's management and data analytics workforce is predominantly Chinese.

7.    On June 9, 2017, Plaintiff was discharged.

8.    Plaintiff was replaced by a substantially younger Chinese analyst.

9.    Defendant told Plaintiff he was being discharged because of his performance, a false allegation and a pretext for unlawful discrimination.

10.    As a direct result of Defendant's said conduct, Plaintiff has suffered loss of earnings and will continue to suffer such losses in future, all to his damage in a sum within the jurisdiction of this Court.

11.    As a further direct result of Defendant's said conduct, Plaintiff has suffered and will continue to suffer severe emotional distress to his general damage in an amount within the jurisdiction of this Court.

12.    Defendant's said conduct was outrageous, despicable, malicious, oppressive, fraudulent and beyond the bounds tolerated by a civilized community, by reason of which Plaintiff demands exemplary and punitive damages.  Defendant intended to harm Plaintiff.

13.    Plaintiff is entitled to recover attorney's fees and costs.

14.    Plaintiff duly exhausted his administrative remedies.  A copy of his administrative complaint is attached hereto as Exhibit 1 and  the federal and state right-to-sue letters as Exhibits 2 and 3.  Exhibit 1 is fully incorporated herein by this reference.

//

//

VISHNEVSKY/
/COMPLAIN.DOC

COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES; DEMAND FOR JURY TRIAL

2

## COUNT ONE
[Race Discrimination:  Federal]

15.    Defendant discharged Plaintiff because of his race in violation of 42 USC §2000(e).

## COUNT TWO
[Age Discrimination:  Federal]

16.    Defendant discharged Plaintiff because of his age in violation of 29 USC §§621-634.

## COUNT THREE
[Race Discrimination:  State]

17.    Defendant discharged Plaintiff because of his race in violation of Cal. Gov. Coe §12940(a).

## COUNT FOUR
[Age Discrimination:  State]

18.    Defendant discharged Plaintiff because of his age in violation of Cal. Gov. Code §12940(a).

## COUNT FIVE
[Jury Duty:  State]

19.    Plaintiff incorporates by this reference Paragraphs 3, 5, 7, 9, 10, 11, and 12.

20.    Shortly before he was discharged, Plaintiff informed Defendant that he had been summoned for jury duty.

21.    Defendant discharged Plaintiff because Plaintiff had been summoned for jury duty.

## COUNT SIX
[Failure to Prevent:  State]

22.    Defendant failed to take all necessary steps to prevent unlawful discrimination from occurring.

//

//

COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES; DEMAND FOR JURY TRIAL

VISHNEVSKY/
/COMPLAIN.DOC                                                                                                    3

WHEREFORE, Plaintiff prays for:

1. Injunctive relief requiring Defendant to refrain from further discriminatory acts and remedying past discrimination;

2. Actual damages in a sum to be ascertained at trial;

3. General damages in an amount within the jurisdiction of this Court;

4. Exemplary and punitive damages in an amount within the jurisdiction of this Court;

5. Costs of suit, prejudgment interest, reasonable attorney's fees; and

6. Such further relief as the Court deems just and proper.

Respectfully submitted,

Dated:___6-4-18_____

LAW OFFICE OF RICHARD M. ROGERS

By:_____
RICHARD M. ROGERS
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury.

Respectfully submitted,

Dated:__6-4-18_____

LAW OFFICE OF RICHARD M. ROGERS

By:_____
RICHARD M. ROGERS
Attorneys for Plaintiff

COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES; DEMAND FOR JURY TRIAL

VISHNEVSKY/
/COMPLAIN.DOC

4

EXHIBIT 1

*Vishnevsky v. SMULE, Inc.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>550-2017-00822 |
|---|---|---|

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| 12 Name (indicate Mr, Ms, Mrs) | Home Phone (Incl Area Code) | Date of Birth |
|---|---|---|
| **Mr. Leonard Vishnevsky** | **(415) 993-1386** | **1969** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1701 7th Avenue, San Francisco, CA 94122** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No Employees Members | Phone No (Include Area Code) |
|---|---|---|
| **SMULE, INC.** | **101 - 200** | **(415) 595-5435** |

| Street Address | City, State and ZIP Code |
|---|---|
| **139 Townsend Street,  San Francisco, CA 94107** | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN<br>☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest          Latest<br>**06-09-2017**<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about November 30, 2016, I was hired by Respondent as a Manager of Product Analytics. My immediate supervisor was Mark Dunning. He is Caucasian, from Ireland. He turned 40 on 2/16/2017 and was fired three weeks later. Then they hired Yuanming Shan, who is Chinese, and I reported to him. On June 9, 2017, I was discharged, replaced by Alan Feng, a newly-hired, much younger, Chinese analyst. Yanming's manager Alex Li, the other analyst hired around when I left Jackie Ye, the three or four data scientists who were there throughout my tenure, and all but one of the six or seven data engineers who were there throughout my tenure are all Chinese.

Respondent told me that I was discharged because of my performance.

I believe that I have been discriminated against because of my Race (White), and National Origin (USA), in violation of Title VII of the Civil Rights Act of 1964, as amended. I further have been discriminated against because of my Age (48) in violation of Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>12/6/2017<br>Date          Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EXHIBIT 1

EXHIBIT 2

*Vishnevsky v. SMULE, Inc.*

EEOC Form 161-B (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Leonard Vishnevsky**<br>**1701 7th Avenue**<br>**San Francisco, CA 94122** | From: **San Francisco District Office**<br>**450 Golden Gate Avenue**<br>**5 West, P.O. Box 36025**<br>**San Francisco, CA 94102** |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **550-2017-00822** | **Malihe S. Kigasari,**<br>**Investigator** | **(415) 522-3078** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

For *William R. Tamayo,*
**William R. Tamayo,**
**District Director**

03/13/2018
*(Date Mailed)*

cc:       **Director**
**Human Resources**
**SMULE, INC**
**139 Townsend Street**
**San Francisco, CA 94107**

EXHIBIT 2

EXHIBIT 3

*Vishnevsky v. SMULE, Inc.*

STATE OF CALIFORNIA | State and Consumer Services Agency                          GOVERNOR EDMUND G. BROWN, JR.

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

DIRECTOR KEVIN KISH

2218 Kausen Drive, Suite 100 | Elk Grove, CA | 95758
800-884-1684 | Videophone for the DEAF 916-226-5285
www.dfeh.ca.gov | e-mail: contact.center@dfeh.ca.gov

| | |
|---|---|
| EEOC Number: | 550-2017-00822C |
| Case Name: | Leonard Vishnevsky vs. SMULE, INC. |
| Filing Date: | March 8, 2018 |

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being dual filed with the California Department of Fair Employment and Housing (DFEH), a state agency, and the United States Equal Employment Opportunity Commission (EEOC), a federal agency. The complaint will be filed in accordance with California Government Code section 12960. The notice constitutes service pursuant to Government Code section 12962.

The EEOC is responsible for the processing of this complaint and the DFEH will not be conducting an investigation into this matter. Please contact EEOC directly for any discussion of the complaint or the investigation.

## NOTICE TO COMPLAINANT OF RIGHT TO SUE

This letter is also your state Right to Sue notice. <u>This state Right to Sue Notice allows you to file a private lawsuit</u>. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above- referenced complaint. The lawsuit may be filed in a State of California Superior Court.

Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice or, pursuant to Government Code section 12965, subdivision (d)(2), 90 days from receipt of the <u>federal</u> right-to-sue letter from the EEOC, whichever is later. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed.

Be advised, the DFEH does not retain case records beyond three years after a complaint is filed.

EXHIBIT 3

(Revised 11/2016)